UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA – NORTHERN DIVISION

FILE NO. 2:17-MJ-1038-BO

UNITED STATES OF AMERICA

    Vs.                                            ORDER

JOSHUA MOORE,
          Defendant

UPON MOTION of the defendant and for good cause shown, the defendant's Motion for Return of License is hereby granted and the Clerk is directed to mail the defendant's license to the defendant at 3107 Wakefield Estates Court, Chester VA 23831.

SO ORDERED. June 29, 2017.

_____
United States District Court Judge
TERRENCE W. BOYLE